# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC CHRISTIAN,<br><br>    Plaintiff<br><br>v.<br><br>ERIC HONEA, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00476-APG-VCF<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF Nos. 1, 4, 6, 7] |

On April 5, 2019, Magistrate Judge Ferenbach recommended that I dismiss this case and deny plaintiff Eric Christian's application to proceed *in forma pauperis* as moot. ECF No. 4 at 1-2. Christian filed an objection. ECF No. 5. He also filed a motion for "leave to proceed" and a second application to proceed *in forma pauperis.* ECF Nos. 6, 7.

I have conducted a de novo review of the issues set forth in the Report and Recommendation under Local Rule IB 3-2. Judge Ferenbach's report sets forth the proper legal analysis and the factual basis for the decision, and I accept and adopt it as my own. Therefore, I will dismiss this complaint. In doing so, I deny Christian's applications to proceed *in forma pauperis* and motion for leave to proceed (ECF Nos. 1, 6, 7) as moot.

Christian incorrectly contends in his objection that his complaint can be viewed as a habeas petition. If Christian wants to file a habeas petition, he may do so by filing a habeas petition under the applicable rules and statutes, not by filing a civil rights complaint under 42 U.S.C. § 1983.

I HEREBY ORDER that the Report and Recommendation **(ECF No. 4) is accepted**. Plaintiff Eric Christian's complaint is **DISMISSED without prejudice** to refile should Christian's criminal convictions later be invalidated.

I FURTHER ORDER that Christian's applications to proceed *in forma pauperis* **(ECF Nos. 1, 7)** and motion for leave **(ECF No. 6) are DENIED** as moot.

I FURTHER ORDER the clerk of the court to enter judgment accordingly and close this case.

DATED this 3rd day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE