UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eric Christian,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Eric Honea,<br><br>    Defendant(s). | **2:19-cv-00476-APG-VCF**<br><br>**Order** |

  Pending before the Court is plaintiff's *Motion for Writ of Attachment* (ECF No. 23). The case was dismissed, and judgment entered. ECF No. 21 (citing ECF Nos. 8 and 9). The District Judge instructed the plaintiff that he could file a **new** complaint in a **new** lawsuit if his convictions were later invalidated, or he could file a habeas petition. ECF No. 22 (citing ECF No. 8). A new lawsuit means that plaintiff is assigned a new case number. The *Motion for Writ of Attachment* (ECF No. 23) is an inappropriate rogue filing and is **DENIED**. Plaintiff is warned that the above-captioned action is closed and that he has previously been instructed not to continue filing in the above-captioned action. If the plaintiff continues to file in the above-captioned action, he may be sanctioned.

  DATED this 10th day of April 2024.

  IT IS SO ORDERED.

                    _____
                    Hon. Maximiliano D. Couvillier III
                    United States Magistrate Judge